**Order filed, March 8, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00821-CR
_____

### MARIA  CORONA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 66522**

---

## ORDER

The reporter's record in this case was due February 27, 2018 .  *See* Tex. R. App. P. 35.1.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Robin Rios, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM